# LAW OFFICES OF MITCHELL J. DEVACK, PLLC
Attorneys at Law

MITCHELL J. DEVACK (N.Y. & FLA. BARS)
———————————
NICHOLAS P. OTIS
THOMAS YANEGA
CHRISTINE A. CHESTER
———————————
OF COUNSEL
DIANE MEMMOLI

The Financial Center At Mitchel Field
90 Merrick Ave - Suite 500
East Meadow, N.Y. 11554
———————————
(516) 794-2800
Fax (516) 794-2900

E-Mail Address:
MJD@DEVACKLAW.COM

September 14, 2018

**Via ECF and E-Mail:**
Torres_NYSDChambers@nysd.uscourts.gov

Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Numismatic Guaranty Corporation of America
               v. City Gold USA, Inc., et al
               Case No. 18-CV-03743-AT

Your Honor:

    We represent City Gold USA Inc. and Murdakhay Ilyayev, two (2) of the defendants in the above referenced matter. As directed by the July 19, 2018 Order, we are reporting to the Court on the status of the criminal proceeding against Mr. Ilyayev.

    There has been no change in the status of the criminal matter since August 15, 2018, the date of our last report. The case is scheduled for trial on November 14, 2018 at 9:30 a.m., Trial Assignment Part A, Supreme Court, New York County. Justice Burke has yet to render a decision on defendant's motion to dismiss the indictment prior to the scheduled trial date.

    We thank the Court for its attention to this matter.

                                                    Respectfully,

                                                    *S/Mitchell J. Devack*

MJD:sv                                              MITCHELL J. DEVACK  (MD 8611)
cc:  Armen R. Vartian, Esq. (Via ECF)
      Adam D. Glassman, Esq.  (Via ECF)