USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUMISMATIC GUARANTY CORPORATION OF AMERICA,

        Plaintiff,

-against-

CITY GOLD USA, INC., aka CITY GOLD REFINING USA, INC., MURDAKHAY ILYAYEV a/k/a MIKHAIL ILYAYEV, YURI RAFAILOV, MLD JEWELERS aka ELIANASJWLS, and DOES 1-10,

        Defendants.

18 Civ. 3743 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The case management conference scheduled for December 2, 2019, is hereby ADJOURNED to **December 4, 2019**, at **11:00 a.m.**

    SO ORDERED.

Dated: December 2, 2019
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge