UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUMISMATIC GUARANTY CORPORATION OF AMERICA,

    Plaintiff,

-against-

CITY GOLD USA, INC., aka CITY GOLD REFINING USA, INC., MURDAKHAY ILYAYEV a/k/a MIKHAIL ILYAYEV, YURI RAFAILOV, MLD JEWELERS aka ELIANASJWLS, and DOES 1-10,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2019

18 Civ. 3743 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The case management conference scheduled for December 4, 2019, at 11:00 a.m. is hereby RESCHEDULED to **December 4, 2019**, at **1:30 p.m.**

SO ORDERED.

Dated: December 3, 2019
      New York, New York

ANALISA TORRES
United States District Judge