

SARAH RIEDL CLARK
SRCLARK@GRSM.COM
DIRECT DIAL: (312) 619-4924

**YOUR 50 STATE PARTNER™**

ATTORNEYS AT LAW
ONE NORTH FRANKLIN STREET, SUITE 800
CHICAGO, ILLINOIS 60606
WWW.GRSM.COM

January 29, 2020

<u>Via ECF and Email</u>
Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
50 Pearl Street, Courtroom 15D
New York, NY 10007-1312

Re: Numismatic Guaranty Corporation of America v. City Gold USA, Inc., et al.
No. 1:18-cv-3743-AT-KNF

Dear Judge Torres:

The parties wish to advise the Court that we settled the above-referenced matter in principle and are working to draft a settlement agreement memorializing our agreement. In light of the settlement and after speaking with staff in chambers, the parties respectfully request that the Court adjourn the pre-trial conference scheduled for this afternoon at 2:30 p.m., and the trial date scheduled for February 3, 2020.

Thank you for your time and courtesy.

Respectfully submitted,

Sarah Riedl Clark

GRANTED. The final pretrial conference scheduled for January 29, 2020, is ADJOURNED *sine die*. The trial scheduled to begin on February 3, 2020, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 29, 2020
New York, New York

ANALISA TORRES
United States District Judge

ALABAMA ♦ ARIZONA ♦ CALIFORNIA ♦ COLORADO ♦ CONNECTICUT ♦ DELAWARE ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ KENTUCKY
LOUISIANA ♦ MARYLAND ♦ MASSACHUSETTS ♦ MICHIGAN ♦ MISSOURI ♦ MONTANA ♦ NEBRASKA ♦ NEVADA ♦ NEW JERSEY
NEW YORK ♦ NORTH CAROLINA ♦ OHIO ♦ OKLAHOMA ♦ OREGON ♦ PENNSYLVANIA ♦ RHODE ISLAND ♦ SOUTH CAROLINA
SOUTH DAKOTA ♦ TENNESSEE ♦ TEXAS ♦ UTAH ♦ VIRGINIA ♦ WASHINGTON ♦ WASHINGTON, DC ♦ WEST VIRGINIA ♦ WISCONSIN