UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUMISMATIC GUARANTY CORPORATION
OF AMERICA,

                Plaintiff,

-against-

CITY GOLD USA, INC., aka CITY GOLD
REFINING USA, INC., MURDAKHAY
ILYAYEV a/k/a MIKHAIL ILYAYEV, YURI
RAFAILOV, MLD JEWELERS a/k/a
ELIANASJEWLS, and DOES 1-10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

18 Civ. 3743 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 29, 2020, the parties informed the Court that they had reached a settlement in principle, and requested that the Court adjourn the trial scheduled for February 3, 2020. ECF No. 161. The Court granted that request, ECF No. 162, and issued an order dismissing the case, with leave for the parties to move to reopen within 30 days, ECF No. 163. On February 26, 2020, Plaintiff submitted a motion to reopen the case, stating that it "is unable to fully resolve its claims against defendant Yuri Rafailov," and that the parties "require additional time." ECF No. 164.

    It is ORDERED that by **March 2, 2020**, Mr. Rafailov shall file a response to Plaintiff's letter.

    The Court notes that if the motion to reopen is granted, the Court will expect this matter to promptly proceed to trial, as the parties and the Court were prepared to go to trial three weeks ago. If Plaintiff intended to request that the Court extend the time to file a motion to reopen in order to give the parties more time to finalize their settlement—rather than that the Court reopen the litigation in full as to Plaintiff's claims against Mr. Rafailov—Plaintiff may file a letter clarifying its request by **March 2, 2020**.

    SO ORDERED.

Dated: February 27, 2020
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge